**Order entered December 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01503-CV

### IN RE JEROME JOHNSON, Relator

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F01-53637-JH**

## ORDER
Before Justices Francis, Evans, and Schenck

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus for want of jurisdiction.

/s/    MOLLY FRANCIS
       JUSTICE